# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE
INTEREST OF M.B.

NO.  2022 CW 1090

**OCTOBER 7, 2022**

---

In Re:  Mother,  N.B.  and  Father,  C.B.,  applying  for
supervisory  writs,  22nd  Judicial  District  Court,
Parish of St. Tammany, No. 301-2022.

---

**BEFORE:  WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT